*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  November 5, 2015                    106142
_____

THE PEOPLE OF THE STATE OF
    NEW YORK,
                    Respondent,

        v                                MEMORANDUM AND ORDER

RICHARD HALL,
                    Appellant.
_____

Calendar Date:  September 22, 2015

Before:  Lahtinen, J.P., Rose, Devine and Clark, JJ.

_____

        Kevin J. Bauer, Albany, for appellant.

        P. David Soares, District Attorney, Albany (Christopher D. Horn of counsel), for respondent.

_____

        Appeal from a judgment of the Supreme Court (McDonough, J.), rendered August 5, 2013 in Albany County, convicting defendant upon his plea of guilty of the crime of burglary in the second degree.

        In satisfaction of a four-count indictment, defendant pleaded guilty to burglary in the second degree and waived his right to appeal.  He was sentenced in accordance with the plea agreement to a prison term of six years, followed by three years of postrelease supervision.  Defendant appeals.

        Appellate counsel seeks to be relieved of his assignment of representing defendant on the ground that there are no nonfrivolous issues to be raised on appeal.  Based upon our review of the record and counsel's brief, we agree.  Therefore, the judgment is affirmed and counsel's request for leave to

withdraw is granted (<u>see</u> <u>People v Cruwys</u>, 113 AD2d 979, 980 [1985], <u>lv denied</u> 67 NY2d 650 [1986]; <u>see generally</u> <u>People v Stokes</u>, 95 NY2d 633 [2001]).

Lahtinen, J.P., Rose, Devine and Clark, JJ., concur.

ORDERED that the judgment is affirmed, and application to be relieved of assignment granted.

ENTER:

Robert D. Mayberger
Clerk of the Court